PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Ave., Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile:  (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>SPENCER MANNING,<br><br>            Defendant. | CASE NO. 1:21-CR-00297-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 30, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on March 30, 2022.

2. By this stipulation, the parties move to continue the status conference until June 1, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between March 30, 2022, and June 1, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Initial discovery was provided to defendant on or about December 22, 2021, consisting of 144 Bates-stamped items consisting of reports of investigation, body worn camera recordings, photographs, certified conviction records and a summary of defendant's criminal history.

b)	Counsel for defendant desires additional time to review discovery, consult with her client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

c)	Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)	Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 30, 2022 to June 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 21, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated:  March 21, 2022

/s/ MAI S. SHAWWA
MAI S. SHAWWA
Counsel for Defendant
SPENCER MANNING

**ORDER**

IT IS SO ORDERED.

DATED:  3/22/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE