1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00297-JLT |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| SPENCER MANNING, | |
| Defendant. | |

On June 26, 2024 the Government requested an extension of time to July 11, 2024, to file its response or opposition to defendant's *pro se* motion for compassionate release motion (Docket No. 28).

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due July 11, 2024.

IT IS SO ORDERED.

Dated:   **June 27, 2024**

_____
UNITED STATES DISTRICT JUDGE

1