**U. S. Department of Justice**

**Federal Bureau of Prisons**

*Residential Reentry Office*
*1299 Seaside Avenue*
*San Pedro, California, 90731*

April 14, 2025

The Honorable Judge Thurston
Robert E. Coyle United States Courthouse
2500 Tulare Street
Fresno, CA 93721

RE: MANNING, SPENCER
    Reg. No.: 77242-509
    Docket No.: 1:21CR00297-001

Dear Judge Thurston,

This letter is to advise you that Spencer Manning, who was serving his federal sentence at the Marvin Gardens Residential Reentry Center (RRC), 9411 S. Central Avenue, Los Angeles, California, expired on February 7, 2025.

Mr. Manning was a 31-year-old citizen of the United States of America. Mr. Manning's death was due to cardiac arrest.

If you have further questions, please do not hesitate to contact me at (424) 450-2866.

Sincerely,

Juan F. Herrera,
Residential Reentry Manager
Long Beach RRM Office

CC:

    Assistant U. S. Attorney, Eastern District of California
    U. S. Probation, Central District of California